UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC CHAVEZ, et al.,

    Plaintiffs,

v.

GOLDEN STATE FC, LLC, et al.,

    Defendants.

Case No. 15-cv-02186-KAW

**ORDER REQUIRING BRIEFING REGARDING STIPULATION OF DISMISSAL**

Re: Dkt. No. 13

The parties to the above-captioned case have filed a stipulation, along with a proposed order, dismissing the entire action. They ask that the Court dismiss the named plaintiff's individual claims with prejudice and the class claims without prejudice. As class certification has not been sought and no class has been certified, notice was not sent to a prospective class. The parties, however, did not address the factors set forth in *Diaz v. Trust Territory of Pacific Islands,* 876 F.2d 1401, 1408 (9th Cir. 1989), which this Court must consider prior to dismissing a class action under these circumstances. Accordingly, the parties shall file a brief addressing these factors and shall provide any necessary declarations to satisfy the Court that dismissal is appropriate. The parties shall also submit a proposed order that addresses the *Diaz* factors.

The case management conference currently set for August 11, 2015 is CONTINUED to October 6, 2015.

IT IS SO ORDERED.

Dated: 07/17/2015

                                                    KANDIS A. WESTMORE
                                                  United States Magistrate Judge